THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TARA KOJSZA

    Plaintiff

v.                       3:12-CV-1602
                           (JUDGE MARIANI)

SCOTTSDALE INSURANCE CO.

    Defendant

## ORDER

AND NOW, THIS 15TH DAY OF JANUARY 2014, upon consideration of Defendant's Motion for Summary Judgment (Doc. 14) and all accompanying briefs, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion for Summary Judgment (Doc. 14) is **GRANTED IN PART AND DENIED IN PART**.

    a. Defendant's motion is **DENIED** with respect to Count I (breach of contract)

    b. Defendant's motion is **GRANTED** with respect to Count II (breach of the duty of good faith and fair dealing).

2. A scheduling conference will be conducted on January 28, 2014 at 10:30 a.m. for the purpose of scheduling dates for the final pre-trial conference and jury selection. Counsel for Plaintiff is responsible for placing the call, and all parties should be prepared to proceed before contacting the undersigned at (570) 207-5750.

Robert D. Mariani
United States District Judge